CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 15 2016

JULIA C. DUDLEY, CLERK
BY: /s/
 DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

MICHAEL STEVEN FERGUSON,　　　)
　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　)　Civil Action No. 7:14-CV-00702
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)　**ORDER**
　　　　　　　　　　　　　　　　)
NATIONAL FREIGHT, INC., et al.,　)
　　　　　　　　　　　　　　　　)　By: Hon. Glen E. Conrad
　　　　Defendants.　　　　　　 )　Chief United States District Judge
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. Defendants' renewed motion for judgment as a matter of law or, in the alternative, motion for a new trial (Docket No. 89) is **DENIED**;

2. Defendants' motion to stay (Docket No. 87) is **DENIED** as moot;

3. The judgment (Docket No. 82) is amended to reflect a prejudgment interest rate of 6%, the statutory maximum under Virginia Code § 6.2-302.

The Clerk is directed to send copies of the order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 15th day of June, 2016.

　　　　　　　　　　　　　　　　　　　　/s/ Glen E. Conrad
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge